IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Leatherwood, Leeanna

Printed: 11/13/07

Case Number: 05 B 30026
Judge: Wedoff, Eugene R
Filed: 8/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 12, 2007
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,868.37 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,911.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 745.00 |
| Trustee Fee: |  | 211.79 |
| Other Funds: |  | 0.00 |
| Totals: | 3,868.37 | 3,868.37 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Walter Soroka | Administrative | 745.00 | 745.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Z-Tel Communications Inc | Unsecured | 42.83 | 42.83 |
| 6. | Capital One | Unsecured | 582.84 | 582.84 |
| 7. | Capital One | Unsecured | 548.59 | 548.59 |
| 8. | Peoples Energy Corp | Unsecured | 366.87 | 148.38 |
| 9. | Paragon Way Inc | Unsecured | 1,056.77 | 1,056.77 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 100.00 |
| 11. | Asset Acceptance | Unsecured | 432.17 | 432.17 |
| 12. | Westlake Hospital | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | Ameritech | Unsecured |  | No Claim Filed |
| 15. | Radiology Consultants Ltd | Unsecured |  | No Claim Filed |
| 16. | Telecom USA | Unsecured |  | No Claim Filed |
| 17. | West Suburban Healthcare | Unsecured |  | No Claim Filed |
| 18. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 19. | Westlake Community Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,875.07 | $ 3,656.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 149.50 |
| 5% | (2.19) |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Leatherwood, Leeanna | Case Number: 05 B 30026 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/13/07 | Filed: 8/1/05 |

                 5.4%                64.48
                                   _____
                                  $ 211.79

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        *Denise Ashley*
        _____